■ In the Matter of MARENE MANAGEMENT GROUP, INC., Respondent, v CIA FOOD MARTS, INC., Appellant. [687 NYS2d 273] —In a proceeding pursuant to RPAPL article 7 to recover possession of real property, CIA Food Marts, Inc., appeals from an order of the Supreme Court, Dutchess County (Beisner, J.), dated March 23, 1998, which, *inter alia*, granted the petitioner's motion for summary judgment on the petition.

Ordered that the order is affirmed, with costs.

The appellant failed to raise a triable issue of fact (*see,* CPLR 3212 [b]) as to whether the petitioner was entitled to terminate the appellant's lease based upon the appellant's default in paying its share of the subject property's real estate taxes pursuant to the *terms and provisions of the lease and the lease modification agreement.* Mangano, P. J., Santucci, Krausman, Florio and H. Miller, JJ., concur.